Fill in this information to identify the case:

Debtor name: Steven Feller PE PL
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 1010 Brickell Condo Assoc | | | Disputed | | | $0.00 |
| 1100 Millecento c/o Gabriel Coelho, Phillip Joseph Evan Small of Ball Janik 100 SE 2nd Street, Suite 3310 Miami, FL 33131 | | | Disputed | | | $0.00 |
| 2020 Ponce Condo Assoc | | | Disputed | | | $0.00 |
| 2700 N. Ocean | | | Disputed | | | $0.00 |
| 321 Ocean Condo | | | Disputed | | | $0.00 |
| 3315 Tower Condo Assoc c/o FRANCHESCO SOTO, ESQ. HABER LAW, PA 251 NW 23RD STREET Miami, FL 33127 | | | Disputed | | | $0.00 |
| 3401 Midtown Condo 100 SE 2nd Street, Suite 3310 Miami, FL 33131 | | | Disputed | | | $0.00 |
| 4250 Biscayne Blvd aka Baltus House | | | Disputed | | | $0.00 |
| 5300 Paseo Condo Assoc | | | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Steven Feller PE PL**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adagio on the Bay Condo | | | | | | $0.00 |
| Andre Diamantopoulos c/o Jason Block, Jill Nexon Berman, Esq Rennert Vogel Mandler & Rodriguez 100 SE Second St, Ste 2900 Miami, FL 33131 | | | Disputed | | | $0.00 |
| Beach Club (Turnberry) c/o Sheryl Kass of Beach Club Acquisitio 19950 West Country Club Dr, 10th fl Miami, FL 33180 | | | | | | $0.00 |
| Beachwalk(at Hallandale) Condo Assn c/o Spencer Sax, Esq. Sax Sachs Caplan 6111 Broken Sound Parkway NW, Suite 200 Boca Raton, FL 33487 | | | | | | $0.00 |
| Beazley 6 Concourse Parkway, Suite 2800 Atlanta, GA 30328 | | | | | | $0.00 |
| Berkeley Shore, LLC | | | | | | $0.00 |
| Biscayne Beach Condo c/o Darrin Gursky, Esq. Gursky Ragan PA 14 NE 1st Avenue, Suite 703 Miami, FL 33132 | | | | | | $0.00 |

Debtor  **Steven Feller PE PL**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brickell Heights c/o Christopher Barber, Esq Tripp Scott 110 SE 6th Street, Suite 1500 Fort Lauderdale, FL 33301 | | | | | | $0.00 |
| Brickell Heights Condo Assn c/o Christopher Barber, Esq Tripp Scott 110 SE 6th Street, Suite 1500 Fort Lauderdale, FL 33301 | | | | | | $0.00 |
| Derrevere Stevens Black Cozad Attorneys at Law 2005 Vista Parkway, Ste 210 West Palm Beach, FL 33411 | | Legal Services | | | | $87,259.37 |
| Steven Feller 500 NE 3rd Ave Fort Lauderdale, FL 33301 | | | | | | $75,000.00 |

## United States Bankruptcy Court
### Southern District of Florida

In re  **Steven Feller PE PL**                                        Case No.
                                    Debtor(s)                         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Louise Feller** | | | 1% |
| **Steven Feller**<br>500 NE 3rd Ave<br>Fort Lauderdale, FL 33301 | | | 99% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 9, 2020**                    Signature  _/s/ Steven Feller_
                                                        Steven Feller

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Fill in this information to identify the case:

Debtor name   **Steven Feller PE PL**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 9, 2020**           X  /s/ Steven Feller
                                              Signature of Individual signing on behalf of debtor

                                              **Steven Feller**
                                              Printed name

                                              _____
                                              Position or relationship to debtor